1  Jeremy C. Dzubay (SB# 238649)
   1333 Camino Del Rio South 201B
2  San Diego CA 92108
   Tel: (619) 683-7666
3  Fax: (619) 683-7672
   jdzubay@rocketmail.com
4

**FILED**
JUN 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____EF____ DEPUTY

5              UNITED STATES DISTRICT COURT
6
7              SOUTHERN DISTRICT OF CALIFORNIA
8                       (EL CENTRO)

9  **UNITED STATES OF AMERICA,**       ) Case No.: 08-MJ-8488
10          Plaintiff,                  )
                                        )
11     vs.                              )
                                        ) **DEFENDANT'S MOTION TO**
12 **LORENA HAYDE PRINCE DE MORA,**    ) **SUBSTITUTE ATTORNEYS**
                                        )
13          Defendant.                  )
                                        )
14                                      )
                                        )
15                                      )
                                        )
16

17     TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF
   CALIFORNIA, UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN
18 DISTRICT OF CALIFORNIA, AND THE LAW OFFICES BOYCE AND SHAFFER:

19     I, **LORENA HAYDE PRINCE DE MORA**, motion the court to substitute Attorney

20 **JEREMY C. DZUBAY** in place of Attorney **ROBERT E. BOYCE**, of the Law Offices of

21 Boyce and Shaffer, as my attorney of record in the above-entitled case.
22
23     **I CONSENT TO THE SUBSTITUTION.**

24 DATED: 06-08-2008          by: _____
25                                 LORENA HAYDE PRINCE DE MORA, Defendant

26 DATED: 6-8-08              by: _____
27                                 JEREMY C. DZUBAY, Attorney

28 DATED: 6-12-08             by: _____
                                   ROBERT E. BOYCE, Attorney

IT IS SO ORDERED
DATED: 6-16-08

UNITED STATES MAGISTRATE JUDGE

DEFENDANT'S MOTION TO SUBSTITUTE ATTORNEYS
Case No. 08-MJ-8488