**FILED**
JUN 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>                Plaintiff,           )<br>                                    )<br>       v.                           )<br>                                    )<br>JESUS ANTONIO MORA-QUINONEZ (1),)<br>LORENA HAYDE PRINCE DE MORA (2),)<br>                                    )<br>                Defendants.         )<br>_____) | Criminal Case No. 08CR2114-JAH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and<br>960 - Importation of Cocaine;<br>Title 18, U.S.C., Sec. 2 - Aiding<br>and Abetting (Felony) |

The United States Attorney charges:

On or about May 31, 2008, within the Southern District of California, defendants JESUS ANTONIO MORA-QUINONEZ and LORENA HAYDE PRINCE DE MORA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 26.16 kilograms (57.55 pounds), of cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: June 26, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
6/26/08