AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __EF__ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| LORENA HAYDE PRINCE DE MORA | CASE NUMBER: 08MJ8488 <br> 08CR2114-JAH |

I, **LORENA HAYDE PRINCE DE MORA**, the above named defendant, who is accused of committing the following offense:

Importation of Cocaine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __06-26-2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_/s/ Lorena Prince_
Defendant

_/s/ Jeremy C. Warren_
Counsel for Defendant

Before _/s/_
JUDICIAL OFFICER