UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>LORENA HAYDE PRINCE DE MORA,<br><br>Defendant, | No. 08CR2114-JAH<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 32(d)(1), Fed.R.Crim.P.) |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

_X_ the Court has granted the oral motion of the Government for dismissal w/out prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of:

21:952 and 960; 18:2 - Importation of Cocaine; Aiding and Abetting (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 7/24/08

United States Magistrate Judge

ENTERED ON _____

K:\Common\Lewis\Criminal Forms and Documents\jdgdism.frm