# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL 30 AM 8:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08CR2114-JAH |
| Plaintiff, ) | |
| ) | **JUDGMENT OF DISMISSAL** |
| vs ) | (Rule 32(d)(1), Fed.R.Crim.P.) |
| ) | |
| LORENA HAYDE PRINCE DE MORA, ) | |
| Defendant, ) | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed against the defendant and the Court has granted the motion of the Government for dismissal of this case without prejudice; or

_X_ the Court has granted the oral motion of the Government for dismissal w/out prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of:

21:952 and 960; 18:2 - Importation of Cocaine; Aiding and Abetting (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

DATED: 7/24/08

United States Magistrate Judge

I have executed within Judgment of dismissal
Judgement and Commitment on 7/29/08

ENTERED ON _____

United States Marshal
By: _____
USMS Criminal Section

K:\Common\Lewis\Criminal Forms and Documents\jdgdism.frm